UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Bridgeport Division

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 10-52186 (ahws) |
| LAEMMERHIRT, DONALD | : | CHAPTER 7 |
| DEBTOR(S) | : | October 18, 2010 |

### NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY

To the creditors and other parties in interest:

PLEASE TAKE NOTICE that pursuant to Section 554(a) of the Bankruptcy Code, Roberta Napolitano, Trustee in the above matter, intends to and will abandon the following described asset: 30 Merwin Brook Road, Brookfield, CT 06804 (the "Property").

The reason for the abandonment is that broker's price opinions place the value of the Property at between $540,000 and $555,000. Flagstar Bank, FSB holds a mortgage with an approximate balance of $839,258.64 on the property. The value of the property does not exceed the security interest claimed therein.

THIS NOTICE IS GIVEN to permit parties in interest to object to the intended abandonment of the estate's property. Any person objecting to such abandonment should file with the Clerk of the United States Bankruptcy Court at 915 Lafayette Boulevard, Bridgeport, Connecticut 06604, not later than 4:00 p.m. on the 8th day of November, 2010, an objection to such abandonment. In addition, a copy of the objection should be served on the Trustee, Roberta Napolitano, 350 Fairfield Avenue, Bridgeport, Connecticut 06604, by the time and date set for filing such objection with the Clerk of the Bankruptcy Court. If no objections are filed with the Clerk of the Court, and served upon the Trustee, the Trustee will proceed with the abandonment of the property. Any objections not timely filed with the Clerk of the Court and served upon the Trustee may be deemed waived.

Dated at Bridgeport, Connecticut on October 18, 2010.

/s/ Roberta Napolitano
Roberta Napolitano, Trustee ct 08378
Weinstein, Weiner, Ignal, Napolitano & Shapiro, P.C.
350 Fairfield Avenue
Bridgeport, Connecticut 06604